IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**LEWIS, J.**,
individually and on behalf of all
others similarly situated,

                Plaintiff,

    vs.

**EPIC SYSTEMS CORPORATION**,

                Defendant.

Case No. 15-cv-082

**NOTICE OF CONSENT FILING**

    PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216, Plaintiff hereby files the attached consent form for Brittaini Maul.

Respectfully submitted this 13th day of April, 2015.

                By:   */s/ David C. Zoeller*
                **HAWKS QUINDEL, S.C.**
                William E. Parsons, State Bar No. 1048594
                Email: wparsons@hq-law.com
                David C. Zoeller, State Bar No. 1052017
                Email: dzoeller@hq-law.com
                Caitlin M. Madden, State Bar No. 1089238
                Email: cmadden@hq-law.com
                Post Office Box 2155
                Madison, Wisconsin 53701-2155
                Telephone: 608/257-0040
                Facsimile: 608/256-0236

**HABUSH HABUSH & ROTTIER S.C.**
Daniel A. Rottier, State Bar No. 1016998
Email: rottier@habush.com
Robert L. Habush, State Bar No. 1008419
Email: rhabush@habush.com
Jason Knutson, State Bar No. 1035801
Email: jknutson@habush.com
150 East Gilman St., Suite 2000
Madison, Wisconsin 53703
Telephone: 608/255-6663
Facsimile: 608/255-0745