## PLAINTIFF CONSENT FORM

I hereby consent to make a claim under the Fair Labor Standards Act, 29 USC § 201, et seq. against Epic Systems Corporation for unpaid overtime wages. During the past three years, there were weeks where I worked over 40 hours as a Technical Writer for Epic Systems Corporation and did not receive overtime pay. I understand that this case may or may not proceed collectively. If this case does not proceed collectively, I consent to pursue my claim individually through this or a subsequent action. I also understand that I may with withdraw my consent at any time by notifying the attorneys handling this matter.

*Brittani Maul   3/30/2015*
Signature and Date

*Brittani Maul*
Print Name


REDACTED

PLEASE SIGN AND RETURN TO:
HABUSH HABUSH & ROTTIER, S.C.
150 EAST GILMAN, SUITE 2000
MADISON, WISCONSIN
53703

OR EMAIL/FAX TO:
BSNAPP@HABUSH.COM
FAX: (608) 255-0745
QUESTIONS? CALL (608) 255-6663