# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

**LEWIS, J.,**
individually and on behalf of all
others similarly situated,

      Plaintiffs,

    v.                            Case No. 3:15-cv-00082

**EPIC SYSTEMS CORPORATION,**

      Defendant.

## DEFENDANT'S MOTION TO DISMISS AND COMPEL INDIVIDUAL ARBITRATION

PLEASE TAKE NOTICE that Defendant Epic Systems Corporation, by and through its attorneys, moves the Court for an order dismissing the complaint filed by Plaintiff and compelling individual arbitration. The basis for said motion is contained in Defendant's Memorandum in Support of Motion to Dismiss and Compel Individual Arbitration.

**Dated:  April 13, 2015**                      Respectfully submitted,

                                              EPIC SYSTEMS CORPORATION

                                              By s/ Arthur J. Rooney
                                                  One of Its Attorneys

Noah A. Finkel (nfinkel@seyfarth.com)
Arthur J. Rooney (arooney@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

19607643v.1

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 13, 2015, he caused a true and correct copy of the foregoing to be served upon the following counsel of record via the Court's electronic filing system:

>William Parsons
>wparsons@hq-law.com
>David C. Zoeller
>dzoeller@hq-law.com
>Caitlin M. Madden
>cmadden@hq-law.com
>Hawks Quindel, S.C.
>222 West Washington Avenue, Suite 450
>Madison, Wisconsin 53701-2155
>
>Daniel A. Rottier
>rottier@habush.com
>Jason Knutson
>jknutson@habush.com
>Breanne L. Snapp
>bsnapp@Habush.com
>Habush Habush & Rottier, S.C.
>150 East Gilman Street, Ste. 2000
>Madison, Wisconsin  53701

                                                    s/ Arthur J. Rooney

19607643v.1