**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

---

**LEWIS, J.,**
individually and on behalf of all
others similarly situated,
          Plaintiffs,

     v.                                                    Case No. 3:15-cv-00082

**EPIC SYSTEMS CORPORATION,**
          Defendant.

---

## NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that Defendant Epic Systems Corporation ("Epic"), pursuant to Section 16 of the Federal Arbitration Act, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Court's Order entered in this action on September 11, 2015 [Docket No. 54] denying Epic's Motion to Dismiss and Compel Individual Arbitration. *See* 9 U.S.C. § 16(a) (permitting immediate appeal of order denying motion to compel arbitration); *Janiga v. Questar Capital Corp.*, 615 F.3d 735, 740 (7th Cir. 2010) ("an interlocutory appeal may be taken from a district court order 'refusing a stay of any action . . . under this title' or 'denying a petition . . . to order arbitration to proceed.'") (citing 9 U.S.C. § 16).

**Dated: September 11, 2015**                     Respectfully submitted,
                                                  EPIC SYSTEMS CORPORATION


                                                  By s/ Andrew Scroggins
                                                       One of Its Attorneys

Noah A. Finkel (nfinkel@seyfarth.com)
Andrew Scroggins (ascroggins@seyfarth.com)
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

2

20847355v.1

## **CERTIFICATE OF SERVICE**

I, Andrew Scroggins, an attorney, hereby certify that on September 11, 2015, a copy of the foregoing **NOTICE OF APPEAL** was electronically filed via the Court's CM/ECF system, which transmitted service of the same upon the following counsel of record for Applicant:

>William Parsons
>wparsons@hq-law.com
>David C. Zoeller
>dzoeller@hq-law.com
>Caitlin M. Madden
>cmadden@hq-law.com
>Hawks Quindel, S.C.
>222 West Washington Avenue, Suite 450
>Madison, Wisconsin 53701-2155
>
>Daniel A. Rottier
>rottier@habush.com
>Jason Knutson
>jknutson@habush.com
>Breanne L. Snapp
>bsnapp@Habush.com
>Habush Habush & Rottier, S.C.
>150 East Gilman Street, Ste. 2000
>Madison, Wisconsin 53701

>s/ Andrew Scroggins

20847355v.1