IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LEWIS, J., individually and on behalf
of all others similarly situated,

                                                ORDER

            Plaintiff,

                                           15-cv-82-bbc

    v.

EPIC SYSTEMS CORPORATION,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Epic Systems Corporation has filed a motion to stay this case pending appeal of this court's decision denying its motion to dismiss the case in light of an arbitration agreement. Dkt. ##54 and 62. In response to that motion, the court's electronic filing system set a deadline for plaintiff J. Lewis to file a response without setting a deadline for defendant to file a reply. However, plaintiff's opposition brief contains a number of arguments that defendant did not anticipate in its opening brief, so it makes sense to allow defendant to respond to those new arguments before ruling on the motion. Accordingly, IT IS ORDERED that defendant may have until November 16, 2015, to file

a reply in support of its motion to stay.

    Entered this 10th day of November, 2015.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge