## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

May 26, 2016

| Before: | DIANE P. WOOD, Chief Judge |
| | ILANA DIAMOND ROVNER, Circuit Judge |
| | JOHN ROBERT BLAKEY, District Court Judge* |

| No. 15-2997 | JACOB LEWIS,<br>Plaintiff - Appellee<br><br>v.<br><br>EPIC SYSTEMS CORPORATION,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:15-cv-00082-bbc<br>Western District of Wisconsin<br>District Judge Barbara B. Crabb ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

_____
   *Of the Northern District of Illinois, sitting by designation.

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalJudgment**(form ID: **132**)