IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JACOB LEWIS,

              Plaintiff,

v.

EPIC SYSTEMS CORPORATION,

              Defendant.

ORDER

15-cv-82-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The Court of Appeals for the Seventh Circuit has remanded this case to this court for further proceedings consistent with the decision of the United States Supreme Court. In its order, the court of appeals directed the court to consider whether any issues remain that must be decided before any order concerning arbitration can be entered.

Plaintiff may have until October 8, 2018, in which to file a motion and supporting brief addressing any remaining questions in the case. Defendant may have until October 29, 2018, in which to file a response. Plaintiff may have until November 8, 2018, in which to file a reply.

Entered this 17th day of September, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge