IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**LEWIS, J.**,
individually and on behalf of
all others similarly situated,

          Plaintiff,

vs.

**EPIC SYSTEMS CORPORATION**,

          Defendant.

Case No. 15-cv-082

---

### MOTION TO WITHDRAW CONSENT

---

PLEASE BE ON NOTICE that Plaintiff hereby moves to withdraw the consent to join this action previously filed by Jon Erik Haines. (Dkt. # 123.)

Respectfully submitted this 16th day of January, 2019.

          By: */s/David C. Zoeller*
          **HAWKS QUINDEL, S.C.**
          David C. Zoeller, State Bar No. 1052017
          Email: dzoeller@hq-law.com
          William E. Parsons, State Bar No. 1048594
          Email: wparsons@hq-law.com
          Caitlin M. Madden, State Bar No. 1089238
          Email: cmadden@hq-law.com
          Post Office Box 2155
          Madison, Wisconsin 53701-2155
          Telephone: 608-257-0040
          Facsimile: 608-256-0236

**HABUSH HABUSH & ROTTIER S.C.**
Daniel A. Rottier, State Bar No. 1016998
Email: rottier@habush.com
Robert L. Habush, State Bar No. 1008419
Email: rhabush@habush.com
Jason Knutson, State Bar No. 1035801
Email: jknutson@habush.com
150 East Gilman St., Suite 2000
Madison, Wisconsin 53703
Telephone: 608-255-6663
Facsimile: 608-255-0745